AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN

DISTRICT OF

NEW YORK

U.S. v. Tricario

**APPEARANCE**

Case Number:  07 Mag. 860

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Joseph A. Tricario

I certify that I am admitted to practice in this court.

| 6/12/2007 | |
|---|---|
| Date | Signature |

| Douglas M. Tween | DT7920 |
|---|---|
| Print Name | Bar Number |

| Baker & McKenzie LLP, 1114 Avenue of the Americas | | |
|---|---|---|
| Address | | |

| New York | NY | 10036 |
|---|---|---|
| City | State | Zip Code |

| (212) 626-4355 | (212) 626-1655 |
|---|---|
| Phone Number | Fax Number |