```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

UNITED STATES OF AMERICA,

   -against-                                 (S31)06 Cr 8 (LAK)

JOSEPH A. TRICARIO,

            Defendant.
------------------------------x

### Order

     Defendant Tricario's bail is modified to permit him to work in the E.D.N.Y. provided that he notifies U.S. Pretrial Services four business days in advance of where and when he will be working. Pretrial Services will verify employment and is free to make visits to the work site and to make other such inquiries as it deems appropriate.

Dated: September 5, 2007

                                                          Lewis A. Kaplan
                                                 United States District Judge