

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

DANNY LEO,
    a/k/a "The Lion,"
JOSEPH LEO,
    a/k/a "Joey," and
JOSEPH A. TRICARIO,
    a/k/a "Joey,"
    a/k/a "Anthony Tricario,"
               Defendants.

---

**MOTION TO ADMIT JOHN BASINGER PRO HAC VICE**

S31 06 CR 08 (LAK)

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Douglas M. Tween, a member in good standing of the bar of this court, hereby move for an Order allowing the admission *pro hac vice* of:

> John A. Basinger
> **BAKER & McKENZIE LLP**
> 1114 Avenue of the Americas
> New York, N.Y. 10036
> 212.626.4100 (telephone)
> 212.310.1600 (fax)

John Basinger is a member in good standing of the Bar of the States of Texas, California, and the District of Columbia. There are no pending disciplinary proceedings against John Basinger in any State or Federal court.

Dated: September 19, 2007
New York, New York:

                                      Respectfully submitted,

                                      Douglas M. Tween
                                      **BAKER & McKENZIE LLP**
                                      1114 Avenue of the Americas
                                      New York, N.Y. 10036
                                      212.626.4100 (phone)
                                      212.310.1600 (fax)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

DANNY LEO,
    a/k/a "The Lion,"
JOSEPH LEO,
    a/k/a "Joey," and
JOSEPH A. TRICARIO,
    a/k/a "Joey,"
    a/k/a "Anthony Tricario,"

                    Defendant.

**AFFIDAVIT OF DOUGLAS M. TWEEN IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

Docket No.: S31 06 CR 08 (LAK)

---

STATE OF NEW YORK    )
                                ) SS:
COUNTY OF NEW YORK  )

Douglas M. Tween, being duly sworn, hereby deposes and says as follows:

1.     I am an attorney at Baker & McKenzie, counsel for Joseph A. Tricario ("Defendant") in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit John Basinger as counsel *pro hac vice* to represent Defendant in this matter.

2.     I am a member in good standing of the bar of the State of New York, and was admitted to practice law in 1990. I am also admitted to the bar of the United States District Court for the Southern District of New York, and am in good standing with this Court.

3.     I have known John Basinger since May 2006.

4.     John Basinger is an attorney at Baker & McKenzie, in New York, New York.

5.     I have found John Basinger to be a skilled attorney and a person of integrity. He is

experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move for the admission of John Basinger, *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of John Basinger, *pro hac vice*, which is attached hereto as Exhibit A.

WHEREFORE it is respectfully requested that the motion to admit John Basinger, *pro hac vice*, to represent Defendant in the above-captioned matter be granted.

Dated: September 19, 2007
New York, New York

          Respectfully submitted,

          Douglas M. Tween
          **BAKER & McKENZIE LLP**
          1114 Avenue of the Americas
          New York, New York 10036
          Email: douglas.tween@bakernet.com
          Telephone: (212) 626-4100
          Fax: (212) 310-1600

Sworn to before me this day,
the 17" day of September, 2007

_____
Notary Public

JACOB KAPLAN
Notary Public, State of New York
No. 02KA6096734
Qualified in New York County
Commission Expires Aug 4, 2007



# District of Columbia Court of Appeals
## Committee on Admissions
### 500 Indiana Avenue, N.W. — Room 4200
### Washington, D. C. 20001
### 202 / 879-2710

I, GARLAND PINKSTON, JR., Clerk of the District of Columbia Court of Appeals, do hereby certify that

John A. Basinger

was on the 3rd day of April, 2006 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 24, 2007.

GARLAND PINKSTON, JR., CLERK

By: *Christopher C. D...*
Deputy Clerk



# THE
# STATE BAR
# OF CALIFORNIA

180 HOWARD STREET
SAN FRANCISCO, CALIFORNIA 94105-1639
TELEPHONE (415) 538-2000

August 27, 2007

TO WHOM IT MAY CONCERN:

This is to certify that according to the records of the State Bar, JOHN ALBERT BASINGER, #219899 was admitted to the practice of law in this state by the Supreme Court of California on June 3, 2002; and has been since that date, and is at date hereof, an ACTIVE member of the State Bar of California; and that no recommendation for discipline for professional or other misconduct has ever been made by the Board of Governors or a Disciplinary Board to the Supreme Court of the State of California.

THE STATE BAR OF CALIFORNIA

Kath Lambert
Custodian of Membership Records

# STATE BAR OF TEXAS



Office of the Chief Disciplinary Counsel

September 18, 2007

Re:   John Albert Basinger, State Bar Number 00796173

To Whom It May Concern:

This is to certify that Mr. John Albert Basinger was licensed to practice law in Texas on November 1, 1996, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No previous disciplinary sanctions have been entered against Mr. Basinger's law license.

Sincerely,

John A. Neal
Chief Disciplinary Counsel

JN/lg



P.O. BOX 12487, AUSTIN, TEXAS 78711-2487, 512-453-5535 or 1-877-953-5535

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

JOSEPH A. TRICARIO,
    a/k/a "The Lion"
JOSEPH LEO,
    a/k/a "Joey," and
JOSEPH A. TRICARIO,
    a/k/a "Joey"
    a/k/a "Anthony Tricario,"
                   Defendants.

AFFIDAVIT OF SERVICE
Docket No.: S31 06 CR 08 (LAK)

IRAYA I. CORLEY, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside in Brooklyn, New York. On September 20, 2007 I mailed the Affidavit Of Douglas M. Tween In Support Of Motion To Admit Counsel Pro Hac Vice, Order For Admission Pro Hac Vice On Written Motion and Motion To Admit John Basinger Pro Hac Vice, by mailing the same in a sealed envelope, with postage prepaid thereon, in a official depository of the U.S. Postal Service within the State of New York to the addresses indicated below:

Lawrence Victor Carra Esq.
114 Old Country Road, Suite 212
Mineola, New York 11501

David Andrew Gordon Esq.
148 East 78th Street
New York, New York 10021

Eric James Snyder Esq.
U.S. Attorney's Office
One Saint Andrew's Plaza
New York, NY 10007

_____
Iraya Corley

Sworn to before me this
30th day of September, 2007

_____
Notary Public

ALMA MONTES
Notary Public, State of New York
No. 31-4867657
Qualified in New York County
Commission Expires November 10, 20__

NYCDMS/1060302.1