SCANNED    **MEMO ENDORSED**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DANNY LEO,
    a/k/a "The Lion,"
JOSEPH LEO,
    a/k/a "Joey," and
JOSEPH A. TRICARIO,
    a/k/a "Joey,"
    a/k/a "Anthony Tricario,"
        Defendants.

DOC # 804

**MOTION TO ADMIT JOHN BASINGER PRO HAC VICE**

S31 06 CR 08 (LAK)

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Douglas M. Tween, a member in good standing of the bar of this court, hereby move for an Order allowing the admission *pro hac vice* of

    John A. Basinger
    **BAKER & McKENZIE LLP**
    1114 Avenue of the Americas
    New York, N.Y. 10036
    212.626.4100 (telephone)
    212.310.1600 (fax)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/8/07

John Basinger is a member in good standing of the Bar of the States of Texas, California, and the District of Columbia. There are no pending disciplinary proceedings against John Basinger in any State or Federal court.

Dated: September 19, 2007
New York, New York:

Respectfully submitted,

Douglas M. Tween
**BAKER & McKENZIE LLP**
1114 Avenue of the Americas
New York, N.Y. 10036
212.626.4100 (phone)
212.310.1600 (fax)

*Granted*
[signature] 10/5/07