

**Baker & McKenzie LLP**
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

**MEMO ENDORSED**

Asia Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe & Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Düsseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South America
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

November 12, 2007

The Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1310
New York, NY 10007

John A Basinger
Tel: +1 212 626 4463
john.a.basinger@bakernet.com

By Hand Delivery

RE: S31 06 CR 08 (LAK); United States of America v. Joseph A. Tricario

Dear Judge Kaplan:

Pursuant to your Individual Practices, enclosed are two courtesy copies of Defendant Joseph A. Tricario's Unopposed Motion to Modify Conditions of Bail.

Sincerely,

John A Basinger
Licensed in Texas, California and District of Columbia Only
Admitted *pro hac vice*

cc: Benjamin Gruenstein, AUSA (by e-mail)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/28/07

Granted on consent

SO ORDERED

LEWIS A. KAPLAN, USDJ
11/27/07

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 20, 2007

BY FAX

Honorable Lewis A. Kaplan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED NOV 21 2007 JUDGE KAPLAN'S CHAMBERS

    Re: United States v. Joseph A. Tricario
        S31 06 Cr. 008 (LAK)

Dear Judge Kaplan:

    The Government respectfully submits this letter to advise the Court that the Government consents to the defendant's bail modification request, dated November 12, 2007.

                       Respectfully submitted,

                       MICHAEL J. GARCIA
                       United States Attorney
                       Southern District of New York

        By: _____
             Eric Snyder
             Benjamin Gruenstein
             Assistant United States Attorneys
             (212) 637-2534/2315

cc: John Basinger, Esq. (Fax: 212-310-1655)