UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | S31 06 CR 08 (LAK) |
| v. | **DEFENDANT JOSEPH A. TRICARIO'S PRE-TRIAL MOTION FOR A BILL OF PARTICULARS, DISMISSAL FOR LACK OF VENUE, AND AN AUDIBILITY HEARING** |
| DANNY LEO, JOSEPH LEO and JOSEPH A. TRICARIO, | |
| Defendants. | |

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law in

Support of Defendant Joseph A. Tricario's Pre-Trial Motions, Joseph Tricario shall move

the United States District Court for the Southern District of New York, the Honorable

Lewis A. Kaplan, United States Courthouse, 500 Pearl Street, New York, NY for an

Order granting Tricario's Pre-Trial Motions for (1) a Bill of Particulars; (2) Dismissal of

all counts for Lack of Venue; and (3) an audibility hearing.

Dated:  New York, New York
         December 3, 2007

                                            ____/s_*Douglas M. Tween*____
                                            Douglas M. Tween
                                            John A. Basinger*
                                            BAKER & McKENZIE LLP
                                            1114 Avenue of the Americas
                                            New York, New York 10036-7703
                                            Tel: (212) 626-4355
                                            Fax: (212) 310-1655
                                            *Admitted *pro hac vice*

                                            Attorneys for Defendant
                                            Joseph A. Tricario