

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/14/07

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 12, 2007



DEC 12 2007

JUDGE KAPLAN'S CHAMBERS

**BY HAND**

Honorable Lewis A. Kaplan
United States District Court
Southern District of New York
500 Pearl Street
New York, New York   10007

                    Re:   **United States** v. **Joseph A. Tricario**
                          **S31 06 Cr. 08 (LAK)**

Dear Judge Kaplan:

        The Government respectfully submits this letter in
order to request a two-week extension of time in which to file
its responses to the pre-trial motions that were filed by
defendant Joseph Tricario.

        On September 4, 2007, the Court ordered that the defendant
file his pre-trial motions on or before December 1, 2007, and
that the Government respond on December 15, 2007.  On December 3,
2007, the defendant filed his pre-trial motions including: (i) a
request for a bill of particulars; (ii) a motion to dismiss on
venue grounds; and (iii) a request for a hearing to determine the
audibility of recorded conversations.

        The Government submits this letter to ask for an adjournment
of two weeks, until December 31, 2007, to file its response.
While the Government had hoped to file its response by the
December 15 deadline, several things have prevented that from
occurring.  First, the undersigned Assistant United States
Attorney, who is primarily handling the response to the
defendants motions, was on work-related travel in South America
until Thursday, December 6, 2007 and then began a trial on
Monday December 10, 2007.  That trial is ongoing, the jury is
currently deliberating.  The other Assistant who is involved in
this matter, is traveling on a long planned family vacation
beginning on December 18.  That Assistant will not return until

Honorable Lewis A. Kaplan
December 11, 2007
Page 2

December 25, 2007.

Accordingly, for the foregoing reasons, the Government requests that it be allowed a two-week extension of time to file its response to these pre-trial motions, from Saturday, December 15, 2007 until Monday, December 31, 2007.  Counsel for the defendant, Douglas Tween, Esq., does not oppose this request.

                              Respectfully submitted,

                              MICHAEL J. GARCIA,
                              United States Attorney
                              Southern District of New York

                    By:       _____
                              Eric Snyder
                              Benjamin Gruenstein
                              Assistant United States Attorneys
                              (212) 637-2534/2315

cc (By email): Douglas M. Tween, Esq.


                    Granted

SO ORDERED
                    _____
LEWIS A. KAPLAN, USDJ
                    12/14/07