UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
UNITED STATES OF AMERICA          :
                                  :
         -v-                      :
                                  :    S31 06 Cr. 008 (LAK)
JOSEPH A. TRICARIO,               :
                                  :    AFFIRMATION OF ERIC
                                  :    SNYDER
         Defendant.               :
                                  :
------------------------------------------------------x

STATE OF NEW YORK           )
COUNTY OF NEW YORK          )ss.:
SOUTHERN DISTRICT OF NEW YORK )

      ERIC SNYDER, pursuant to Title 28, United States Code, Section 1746, hereby declares under penalty of perjury:

      1.      I am an Assistant United States Attorney for the Southern District of New York. I have been involved in the investigation and prosecution of the above-captioned matter and submit this Affirmation, and the accompanying exhibits, in opposition to the defendant's motions in this case.

      2.      Electronic surveillance in this case, which began in or about February 2005, included at least 17 separate Title III applications and orders. Two Title III affidavits which are relevant to the defendant's motions are identified as Exhibit Numbers 2 and 3. In addition, Exhibits 1 and 4 are additional documents relevant to the Government's response to the defendant's motions.

3. A list identifying each document (and its corresponding exhibit number) is set forth below:

Exhibit 1.................................Criminal Complaint, 07 Mag. 860, filed on May 29, 2007.

Exhibit 2.................................November 8, 2006 Affidavit in support of an application for an Order Authorizing the Interception Of Oral Communications (due to space restrictions that ECF imposes for exhibits, only the first 26 pages of this affidavit are attached)

Exhibit 3.................................March 28, 2006 Affidavit in support of an application for an Order Authorizing the Interception Of Wire Communications

Exhibit 4.................................Linesheet summary for conversation intercepted on October 28, 2006 at 9:52 a.m.

I declare under penalties of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746.

Dated: New York, New York
       December 31, 2007

                                        Respectfully submitted,

                                        __/s/_____
                                        ERIC SNYDER
                                        Assistant United States Attorney