| | | | |
|---|---|---|---|
| Case: | 281A-NY-293102 | File Number: | |
| Target: | LEOCAR | | |
| Line: | LEOCAR | | |
| Session: | 3479 | **Key Fields** | |
| Date: | 10/28/2006 | Classification: Non-Pertinent | |
| Start Time: | 09:52:48 EDT | DO NOT USE_: do not use | |
| Duration: | 00:11:37 | Language: English | |
| Direction: | None | Language1: | |
| | | Language2: | |
| | | PC for Search Warrant: | |
| | | Subscriber: | |

**Comments**

cs - I said what you gonna give me, 20 on thursday? He said please, "have patience ", he says you've waited so long. he said..it's not me..the guy leased the building, it's the fucking city, they fucking fuck ui. Now it's the concrete, now it's the stucko around the building. he's now looking to move every which way I ask. He's says Charlie I'm gonna ui.
cs - could I still go?  Florida?
jl - I'll ask tomorrow (ask Danny Leo)
cs - I'm asking you, if he (danny leo) don't want me to go. ahhh...I'll more than...i'm not reading from mowing the lawn
jl - let me go ask Danny
cs - cause I can't vouch with Miami.  my five share.
jl - how your's friend MO?
cs - I'm sorry Joe, that I took you out with this.
jl - no, your minutes away.
cs - I know, I know..I'm assuming the other day.  you know, i'm sorry i am ruining your fucking life too.
jl - how are ruining..Charlie.  this is life.  you aint gotta tell me nothing, how long did you tell him?
cs - I know it, but they...direct Petesie (ph) do it.  He wants in.  So, he's scared...but he came like ui...ahhh is this happen Joe.  well that's when you telled I said Paul, you ruined my fucking life with this.  ahhh, think John's  ripe for the picking.
jl - and did it Thursday.
cs - Yeah...they went, they mic'd.  they started telling me things..that Paul's pinched.  I go out and beat him (9:54:15).  Joey I'm fucking dead.  I can't even fucking ui myself.
jl - go on and ask yourself a personal ui how do you do that"?
cs - yeah,my ass is killing me, deal with this shit this morning.  but Charlie giving to Tony, he went and start correcting with charge him, begging him.  he's gone, you never would get us in trouble.  he said....ahhh...they don't even want to accept the martyr, this development fucking we want somebody high up on involving someone...and ahhh
jl - as long as they going ui...that's Ron.(or Rom)
cs - i know, they have ui listen. Joey.  right now, they talk one day like a gangster.
jl - before I knew him...call Oliveri.
cs - and then they mentioned Danny.
jl - Danny never mentioned go over there.  ui never kicked up
cs - blew another ui
jl - look ui
cs - remember before you got them..come on..just like when this one motherfucker...so now last night I was late to the Society...I'm broke and I gotta go fucking all the way over there and I gotta hear his bullshit.  What John said to me..charlies, Charlie's in, Sunday morning I go over to this fucking conference right....the guy says, charlie is supposed to please and take me....ahhh
jl - who's he run under?
cs - Charpoklie (ph) of the fifth ring.  and i'm going to give 4500.
jl - stay clear of them
cs - so Victor knows, thing I would tell em
jl - write him
cs - I've used a want...the other day he told Mugsy kid "get over here, don't come to see me, everything goes OK " I know, and come with the other day and see.  OH, never be with us OK.  I went there figuring loco.  said i'm gonna give him there's something wrong with this.
jl - no, I hear that.  and he's close to Dom.

jl - Matt split us up.
cs - I don't thing we are gonna give it to him.
jl - and Ann.
cs - I ui Joey, he comes up with 150
jl - oh yeah
cs - and then I'm gonna go tell him i'll squeeze him for it.
jl - or remand it
cs - let's hit him every week.
jl - I expect it every week, 3000 bucks.
cs - well, they've sold him that. knock him ui fucking disposed again.
jl - that would be sold you know why...that deal can't go through without paying me what you ui.
cs - yeah, I would ui about that. I. I. my purpose of meeting Victor is...understand? cause I got time to kill life, I tell Louie ui have a cup of coffee (9:56:35) by the house and then I'm gonna do him.
jl - good enough. i wasn't call you today, that i'm gonna make ui liable. so i'll call you, give him a lou wok (ph).
cs - if there's the Barber.
jl - i'll can call you either way, if they have a nice trip. your Dave aint gonna pay up
cs - they told me the other day even if he's reaches, has a large beak, our meetings, i'll come up.
jl - go and make Weegie (or Louigie) got to him.
cs - Joe, I feel like scumbag. but I gotta get out of here cause my fucking water gonna explode.
jl - I don't know how to tell you
cs - this kid John has maked me work so fucking hard.
jl - since Ben went away I did Sunday ui. he asked about the kid in the coat store day and night. Give knowledge to Jimmy. and I gotta go up and move his shit, and the way I gotta do it. Fucking today. I wouldn't worry about the fucking baggage on ui
cs - no
jl - I really wouldnt 'take it out on ui. I know it was stalled, but I wouldn't worry about it.
cs - no, but Benny ui, they fucked up with the...was she telling you.
jl - concrete in Hempstead. After this meet, I'm sure that they have our new telephone. I mean they could be telling other things, but call the ui.
cs - well i was just telling ui how to get it.
jl - that's why it's gonna be posted.
tt - 9:58:02
cs - yeah, but i owe Ernie month ui got to tell him. you hear what I am saying? No, i know but I'm worried, that's what I'm worried, how I'm gonna pay to Danny.
jl - hope it met with Rich Walsh for an hour. said it is 12:00 on lost all my shit.
cs - going and tell her..when Billy rich ui. I never wanted to it to tell you but i have to.
jl - they don't wanna know. they said one on Supervisor
cs - NO! I'm gonna tell you what happened. G went there, another ui guy Dom and ahh Jackie Davince (ph). told him that we are waiting Lucy, and we are doing our homework and all this bullshit.
jl - then they went back and killed ui
cs - No fucking bull ui. vince was supposed to give Mikey, but i'm on the ui follow me i gotta do what they tell me to do. this fellow german reaches. sell him, I judged him, give him ui
jl - ui was there.
cs - he's giving perk to ui. i wouldn't ui have them. and then i'm gonna make me late.
jl - ui something up
cs - well, you never tuned with him. it's coffee. letters, 3 letters. they carved ui three letters.
jl - you can sub with our Charlie
cs - ni , that aint ui
jl - one choice ui
cell phones rings in backgroudn
jl on cell - what's doing? put the box down. yeah I'm with a lake right now and ahh we try to take a ride there. I just be ui
cs - did you tell him?
jl - our friend, I ruined it terrible. i ran with an hour when I was at the park. there was lines and lines.
jl - yeah he's looking forward to it. then some guy walked up to it. i was on the line now and answered him. ui. tell him where I was going and he took me after that for 5 dollar. where the ports be ui any other way. but it was worth to get out of ui. we will go to starbucks.alright. no problem. ok. alright no problem.

jl off of cellphone
jl - ui. I gotta go walk with him in the mall for an hour. i'm tired
cs - i know
jl - you know why. i was workign with the kid, see this ui.
cs - he held him ui story

jl - you got a store
cs - said ui go to sleep
jl - not for ui. first story is where we clip Tony. check when ui called. ui
cs - ui
jl - goes to bingo ui. alright. you ok.
cs - i tell him he found his fear. he said everything up for
jl - ui tony.
cs - he spoke about his guy. find out from back ui
jl - get intouch with Danny ui
cs - yeah, ui Sunday morning they go up to his fucking house. and then i'm gonna be taking
jl - JOe
cs - ahhui maybe I'll take two weeks.
jl - going in October to see ui.
cs - I gotta ui book and then ahhh
jl - ui
cs - yeah..and if anythign you need
jl - ui
cs - i changed my phone, I got the same number...I went to ahhh Cingular
jl - so what's 7883 number
jl - then you go away, get a new number
cs - i was looking to leave tomorrow afternoon. ui my asshole must still love me. ui
jl - ui
cs - don't go in the ocean it's salt water. can't wait to go down
jl - did you get a bone for that one
cs - no, ahhh
jl - ui
cs - I didn't wanta come right out. now I thought about going to see over there. I 'didn't know where you were coming from
jl - ui once I got Elmo's bets, ui  go up there now, i will call you within a cuople hours
cs - alright. I thank you.
jl - ui spoken

term

## Synopsis

Joey in Auto w/ Charlie Salzano
Vehicle left the area of Coddington, Bronx


***Paul Gimeli Extortion**  ***see comments section***

Joey in conversation with Charles Salzano in auto

Charlie-Paul said  talking about they waited too long...the guy needs the building, the City ...something to do with concrete and buildings, he (Paul) said I'm willing to move any which way I asked, Charlie
Charlie -can I still go

JL- Florida .... I'll ask him (Danny)

Salzano-no, I'm asking you...if you don't want me to go, or ah..tomorrow morning, I'm not

leaving in the morning I'm leaving in the afternoon, because my kid ui my Aunt

Jl-I just ui

Charlie -I'm sorry Joe for putting you on the spot

JL-I'm two minutes away

Charlie -I know, I know I just saw him (poss. Danny) the other day

JL-I know

Charlie-I'm sorry I'm ruining your fucking life too

JL-ui Charlie this is what ui nothing this is what you tell me

Charlie-I know

JL-I do everything you tell me

Charlie-I know, Joey I can use ui, do you want ui so ui he came like its going to happen, thats what you tell me, Paulie you ruined my fucking life ui

JL-ui

Charlie -yea, Wednesday night...last Thursday he (Paul) calls me, I got to go out and meet him...Joey I'm fucking dead, I can't even fucking ui

JL-ui call ..how do you feel

Charlie-my ass is killing me..shit..but ui told me that he went, ui he said it will..the problem ui is high up on the ui, I know ...Joey, listen right now you know they go like one day, like a gangster ui ui
(ui muffled ) come on, (poss. jl)- so like we're fuck ui....a place ui

Charlie - I'm broke and I have to fucking go all the way over there and I got to hear his bullshit, what John (poss. JT) said to me you know Charlie Sunday morning I ui ui Charlie please take ah ui in which I gave one too ui so Victor knows ui I used the ui the other day he told me the other with JT that day... that everything ok... I went there thinking ui

jl-ui

Charlie -I don't think we're going to get anything ui a few weeks..Joey he comes up with a (100) hundered ui and then I 'll try to make ui I'll squeeze him every few weeks out

JL-ui a few thousand a month

Charlie- well their stalling thou , ui stalling again

JL-ui stalling if it can't go thru ui

Charlie -no, no thats my purpose ui Victor ? I told Louie that we're going to have a cup of coffee at my house and them I'm gonna go to the ah ui

JL-ui go before the judge ui I talk to you ....Charlie here 's the problem
JL-a call you either way and We'll tell you to have a nice trip ui hes not ui

Charlie-ui last week ui do what you got to do ...I feel like a scumbag I got to get out of here I feel like my water ? going to explode

JL-ah I'll tell you

Charlie -your kid John ? this kid making me going work so fucking hard

JL-UI day and night   ..pause..... a load of shit ..I would'nt worry about this ui

Charlie-no I I ah

JL-I know you would'nt but ...but I know its a stall ...but I would'nt worry about it

Charlie-no ah but they fuck up with the portions of concrete

JL-after this move I'm sure this an't happening no more , I really think ui

Charlie-well I just ui

JL-ui

Charlie-yea, but I don't want... what happens now, you know what I'm saying....   JL-UI
Charlie-no, I worried ...but thats what I'm worried about ui  you know
pause.....

09:58:28-JL-I'll get lost for an hour, 12 oçlock I'll start my shit ui

Charlie-I ui tell me that

JL-ui get involved

Charlie-no, I tell you what happened, he went there and ui the guy Don and ui told him that ui we're doing our homework and all this bullshit ui ui  tell me what our telling ui to do ui ui so I ui
the car Larry ui

JL-come on Charlie


......Joey receives phone call from poss. Danny Leo .....
Im going to take a ride there   12:30  I landed around 11:30 talk flight
we'll go to Starbucks
PAUSE..JL-I have to go walk in the mall for an hour

Charlie-I know

JL-no, you why the kid ui
very low
Charlie-ui

jl-alright are you ok
Charlie-tell him that he found his ui   he spoke to Don and I'll go back to  ui 914
I change my phone I went to Cingular     don't pay me no excuse I don't want you
JL-once I got home    ui Ill call you in a couple of hours   get home
Charlie out of auto JL drives off

10:01 vehicle stopped on Crosby Ave conversation continues with male

10:04 male exits auto...Joey drives away

END