**BAKER & MCKENZIE**

Baker & McKenzie LLP
1114 Avenue of the Americas
New York, New York 10036, USA

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakernet.com

**MEMO ENDORSED**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/08
```

Asia Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe & Middle East
[city list illegible]

North & South America
[city list illegible]

January 3, 2008

John A Basinger
Tel: +1 212 626 4463
john.a.basinger@bakernet.com

By Hand Delivery

JAN - 7 2008

Honorable Lewis A. Kaplan
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 1310
New York, NY 10007

RE:   United States v. Leo et al.; S31 06 CR 08 (LAK)

Dear Judge Kaplan:

We represent Defendant Joseph A. Tricario in the referenced matter, and write to request that due to scheduling conflicts for defense counsel the pre-trial motions conference currently scheduled for January 8, 2008 be adjourned to January 25 at 10:00 a.m., which I understand is available based on my conversation with Mr. Mohan. Douglas Tween, CJA counsel, will be out of town next week due to unavoidable conflicts on other matters. I am assisting Mr. Tween in this matter, and I will be out of town the following week. The Government does not oppose this extension or the proposed adjourned date and time for the conference.

No prior extension of the pre-trial motions conference has been sought; the Government's date to file and serve its responses to Defendant Tricario's motions was extended two weeks from December 15 to December 31 with the consent of Defendant Tricario.

Defendant Tricario stipulates that time from January 8, 2008 through the extended hearing date be excluded from speedy trial time.

Sincerely,

John A Basinger
Licensed in Texas, California and District of Columbia Only
Admitted *pro hac vice*

JAB/iic

CC: Eric Snyder, Assistant U.S. Attorney (via e-mail)

*Handwritten endorsement:* Adjourned to 1/25/08 at 9:30 am. Time excluded through 1/25/08. Interests of justice, including defendant's interest in having his counsel ready for the motion, outweigh defendant's interests in speedy trial.

SO ORDERED
/s/ L. A. Kaplan 1/7/08

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.