```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

          -against-                                     S31 06 Crim. 0008 (LAK)

JOSEPH A. TRICARIO,

          Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       For the reasons stated on the record in open court on January 25, 2008, defendant's Motion for a Bill of Particulars, Dismissal for Lack of Venue, and an Audibility Hearing [docket item 849] is denied in all respects.

       SO ORDERED.

Dated:      January 25, 2008

                                                                         Lewis A. Kaplan
                                                         United States District Judge