# Exhibit A

May 13, 2008

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, New York  10007-1312

RE: Joey Tricario

Dear Judge Kaplan,

My name is Sal Tricario.  I am Joey Tricario's uncle.  His father was my brother.  I have
known Joey since the day he was born.

My nephew has asked me to write a letter to you on his behalf in that he is facing
sentencing for the crime of conspiracy to collect on a debt by threats.

For your information, I was in construction most of my life.  I am now 75 years old and
live on my social security.

Joey has always been a person who has shown great respect for his parents and other
members of his family.  At approximately 18 years of age, Joey's father, my brother, died
unexpectedly at age 56, leaving behind his mother and 4 children including Joey.  Things
were tough for his family, however, Joey graduated from Great Neck South High School.
Upon graduation, Joey immediately went to work in order to help his family survive the
tragedy of his father's early demise.  Joey worked hard for the family in construction and
helped support his mother for approximately 15 years.  His commitment to the family
allowed his twin brother to go to college.  His brother, Anthony, graduated from St.
John's University.

My nephew Joey is married and has two beautiful young children who are depending
upon him for financial and parental support.

Please consider my remarks above, and please show compassion for my nephew.

Very truly yours,

Sal Tricario

Sal Tricario

# Exhibit B

Honorable Lewis A. Kaplan,

My name is Elizabeth Tricario I'm the mother of Joseph Tricario who pleaded guilty to his offense. I have been a housewife for forty nine years, twenty two of these years I have been a widow. Joseph and his twin brother Anthony and brothers Sal & Gene have been wonderful sons.

Joseph especially maybe because he is the youngest and the last one to marry. He has always and still is the one I depend on. He takes me to doctors appointments, dentist shopping and help me around the house, because I'm not in the best of health.

Joseph helped my friends who are widows taking them to stores and shoveling snow for them in the bad weather and even driving them to & fro from work.

I know Joseph to be a very compassionate, decent, generous human being. These are the qualities that a wonderful person possess. He cares for people and they also care for him

Yours truly

Mrs. Elizabeth Vicario

# Exhibit C

Dear Judge Kaplan,

My name is Angela Arcese. I am a very close friend to Joseph Tricario. My family is very close and my aunt and uncle live across the street from the Tricario's for over 30yrs. He is like a family member to me, as his family. I am a single parent since my child is born. I have my own business for 26 yrs. I am a successful hairdresser. I am also one of the persons who put their property up for bail for Joey.

I am fully aware of what he is being charged with and all I can say is I am sorry for him and all the people he is going to hurt through this.

I want to tell you of the man I know in him. When my daughter's father left (1991) because he didn't want children, I was quite devastated; I convinced myself no one would want a girl with someone else's child. Well Joey said to me, "that guy is an ass, who would leave their kid, forget about him!" By the time the child was 2yrs. old, Joey would take time to go to the zoo, the beach, the park—any place you would take a kid. He would go out with his friends until the early hours of the morning and still get up to go with me and my daughter to do these things and NEVER complain. He made me realize that someone else WOULD want a girl with someone else's child! This allowed me to move on. Today my daughter is 17 yrs. old and if our families are at an event together he makes sure he says something to the young man she is with about how he expects her to be treated. I respect him for that; my own brothers don't even do that. I lost my parents to cancer 6wks. apart, 1 yr before he lost his father. That was a very hard thing for him. I don't think he ever spoke about it to any one. One day I asked him about it and he got very angry at me. Two days later when we were by ourselves he said "remember the

other day you asked me about how I felt when my father died?" I said yeah, what about it. He said that he was so angry and upset he would never talk to any one about it and when he went to Florida to visit his uncle he had a meltdown and cried his eyes out. I felt so bad for him, because I think he felt he was the only one that ever happened to. I asked him about it because he seemed to always have a chip on his shoulder. Anyway, my point is, from that day (the death) forward he became the "father" of that family. He took care of his mother, his brothers, the house-- anything that the man of the house would do. I was impressed, as he was the youngest sibling. We all come from middle class working families we did not have a lot of money and sometimes we couldn't do everything we wanted to, Joey would always tell me he gave money to his mother on a weekly basis ( from his paycheck) so she could live like she did when her husband was here. He is a very shy person as well. Joey is very handsome and quite a lady's man. BUT he could never go up to a girl; he waited for the girl who was forward enough to come up to him. When the time came to break off with the girl he couldn't even do that either, he would kind of ignore her until she went away. I've always remained friends with him through all the years, weather he had a girlfriend or when he got married it didn't matter, I could always call him. He is the type of person that really never says no and he always remembers what you do for him. Even under house arrest when I would go to his house to cut his hair or visit he would want to wash my car as sort of a payback for coming there. He might seem like this hard shell type of guy, where nothing bothers him but no that's not it; he is sensitive and has a big heart-- inside a softie. I know he is very worried about the future of his children and I believe him because of how he was with mine and it wasn't even his!

In closing I would like to thank you for taking time to read this.

Angela Arcese

Angela Arcese
160 Dorset Ave
Albertson, NY 11507

# Exhibit D

United States District Judge
Daniel Patrick Moynihan United States Court House
500 Pearl Street Room 1310
New York, New York 10007-1312

Dear Honorable Lewis A. Kaplan,

I am writing to you on behalf of Joey Tricaro. My name is David Heller. I am the Project
Super for Phelps Construction Group located in Boonton, New Jersey. I first Met Joe
Tricaro where I was a Super for the renovation of Broadway Junction Subway Station. I
worked at the time for Railroad Construction Company. Joey became our labor foreman.
I always knew Joey to be a hard worker. He was a leader for a crew of about 30 men and
a few women. He treated everyone equally. He was fair with assigning duties to our work
force. Joey also had a big heart. He would buy the homeless people who used to sleep in
the park next to our work site breakfast and lunch, a bowl of soup, and a sandwich, milk
and coffee- always on a cold a rainy day. After 18 months of working with me, Railroad
Construction asked Joey to work in Staten Island on another project. There again he
showed Railroad that he was a respectable foreman. Joey stayed on thru the completion
of the project. Once I finished that project with Railroad Construction I went back to New
Jersey where I called Joey to see how he and his family were doing. Joey was always
caring about his family and friends. I have never known him to be any other way. When
his son got attacked by his neighbors Rotteweiler. This was obviously a devasting,
traumatic event. Joey did not place blame. He just wanted his son to heal. Joey is not a
bad person.
I thank you for taking the time to read this letter and hope you understand what Joey is
really about.

David Heller

5-22-08

# Exhibit E

# MRS. DONNA TRICARIO

June 8, 2008

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 310
New York, New York 10007-1312

Dear Honorable Lewis A. Kaplan,

I am writing on behalf of my husband Mr.Joseph Tricario. I am aware that he has pleaded guilty to certain charges.

Joe and I have been married for 8 years. We have two children, Anthony 7, and Brian 3. The two of us have been inseparable since the day we met. I fell in love with his charm and his gentle demeanor. When I met Joe I was living an unstable lifestyle. He was the reason I wanted to settle down, marry and start a family.

As his wife, I have the difficult task of writing this letter to you. I must invite you to see another side of my husband. A side that many don't know, and I must do this in a few short paragraphs.

When my father was diagnosed with lung cancer (a result of exposure to Agent Orange in the Vietnam War) we were fortunate enough to be a huge part of his life during his final months. Those months were difficult for me, to say the least, but were especially difficult on Joe. He got to know my father and enjoy his company. At the end Joe, was with me every drive back and forth to Massachusetts, (where my father chose to die). Joe sat by my father's side as we took him off life support and held me and cried as if it were his own father. He knew how important it was for me to be with my dad as much as I could at the end.

Long before Joe was caring for our children and me he was taking care of his mother. She isn't very healthy and does not drive. Joe lost his father at a young age. He was forced to shoulder the responsibility of caring for his mother while his twin brother was able to go to college. Due to her health issues, he was the main caretaker, driving her to her doctor appointments and food shopping. I knew in only a few dates with Joe how decent and compassionate he was just watching him care for his mom.

Two years ago, my grandmother was also diagnoses with lung cancer. She lived upstate. Joe never wavered when I needed to take my children to see her in her final months. He made the drive as often as I needed to.

As for our children, they mean the world to him. There was an incident two years ago, when our son Anthony was bit by a dog (due to a friend's negligence). Joe's only concern was for his son. As angry as he was, there were never any words spoken to the gentleman responsible. There was only complete concern for his son as he helped the doctors in the emergency room while they stitched his little head.

Our son B█████ has needed a few surgeries since he was born. Joe was there with me every time B███ came out of anesthesia screaming for his parents.

My husband has always been a hard worker. He is in construction and when jobs end he will actively look for more work. He is one of the hardest working men I know. He accepts overnights as well as 7 days a week at times to make ends meet. In recent days my husband has taken on even more work to insure his families well being due to his uncertain future.

I can't say that the past year hasn't been difficult on our marriage, both emotionally and financially. This incident has added a whole new dimension to it. The stress has been unbelievable. I do believe this past year has changed him. Even with the added stress on our marriage, he manages to deal with it (better than I). He tries to spend any extra time with his boys and when overtime at work isn't available; he is trying to improve our home.

Thanking you for taking the time to hear what I have had to say about my husband.

Sincerely,

Donna J. Tricario

# Exhibit F


Massapequa Park, New York 11762

June 1, 2008

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007-1312

Dear Judge Kaplan,

My wife and I are writing this letter on behalf of Joseph Tricario. We are aware that he has pleaded guilty to offenses and would like this opportunity to convey our own personal experiences with him.

My name is Salvatore Tricario and I am Joseph's older brother. I am employed as a Nassau County Supervisor for the Department of Public Works. My wife's name is Michelle Tricario and she is a teacher with the Great Neck Public School District. She has known Joseph for twenty eight years.

Joseph and I lived together for twenty three years until I got married in 1991. Since the early death of our father, my brothers and I assumed some of the great responsibility of taking care of our mother, not only emotionally but financially as well. It was Joseph however who "took on" the most. Joseph was in his early twenties when our dad passed. While many of his friends were out socializing, dating and enjoying their college years, Joseph passed up on a lot of activities to stay home and take care of our mother. He unselfishly gave up his limited free time (after working a full time job) to clean the house, shop for the home, take our mother to her medical appointments and kept up with the home repairs since financially we were limited and we could not afford outside help. In later years as a newly wed, Joseph and his wife even lived in our family home so that he could help pay the mortgage which was out of reach for our mother on her limited income. Presently, Joseph, while living with his own family in their own home, still can be found almost every weekend chauffeuring our mother to her medical appointments and errands. I truly believe that it has been because of Joseph's commitment to family, that our mother has been able to stay on Long Island, her one true wish.

When my wife and I purchased our first home we needed additional funds to cover the down payment. Joseph not only loaned us the money but he gave up many weekends to come and help with otherwise, costly repairs. Before the birth of our second daughter, Joseph helped us to split a large bedroom to make a small nursery. His willingness and knowledge of construction and home repair was invaluable to us.

Growing up we were raised in a tight knit Italian family. Our aunt and uncle lived in Florida and Joseph spent many school vacations with them. Their relationship became very special and Joseph became like a son to them. Sadly our aunt was diagnosed with cancer and her health quickly went from bad to worse. Eventually, she succumbed to the disease and passed away. During her final months, Joseph was a great comfort to our uncle. He made weekly phone calls, covering the long distance costs, to lend our uncle emotional support. He missed days without pay at work, to fly to Florida to be there for the wake and funeral as well.

Joseph is a devoted family man. He loves his two sons and is an equal partner with his wife in their care and up bringing. Typically you can find Joseph driving his son Anthony to his karate lessons, to play dates and/or bringing his boys to birthday parties or family gatherings. Joseph has always taken his responsibilities very seriously and his responsibilities as a father are no different. One can honestly say he is a "hands on" dad and uncle for that matter, as well. He is uncle to our two daughters as well as five other nieces and nephews.  He is also the godfather for our second child, ███. He took the responsibility very seriously and came to the necessary sessions held by our church for her christening. My wife and I over the years have left our children in Joseph's care many times, with never a worry. He has a very soft side and our girls enjoy his company.

Another example of Joseph's commitment to family is his devotion to his twin brother, Anthony. A few years back we were on a trip. Anthony became very sick and was in a great deal of pain. Forgoing the vacation plans, Joseph drove him to the emergency room of a local hospital and waited with him while he underwent testing. It was later discovered Anthony had kidney stones and once again, without pay, Joseph missed several days of work so that he could stay with Anthony until he was better and could be driven back to Long Island.

Joseph is thought by many as a devoted husband, dad, son, brother and friend. I only hope we were able to convey some of the wonderful traits Joseph demonstrates on a daily basis. We appreciate your time and consideration.

Sincerely,

Salvatore Tricario          Michelle Tricario

# Exhibit G

June 11, 2008

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007-1312

## RE:   MR. JOEY TRICARIO

Dear Honorable Judge Kaplan:

My name is Anthony Tricario, the twin brother of Joey Tricario. I am employed at Bovis
Lend Lease as a foreman in the Local 79 Laborers Union in New York City.

Being the twin brother of Joey, I have a very close connection with him. Growing up we
were always together and shared the same group of friends. Although he may have
gotten into some recent trouble, I still know that my brother is a kind hearted person with
good morals, and a strong sense of family. My entire life, my brother has been there for
me in the good times and the bad, just like I will be there for him.

Joey has been married for seven years. He has two young boys, one age six and the other
age three. He is an active part of his children's life and is with them as much as possible.
My brother is a good father and the thought him not being around for his boys at such a
crucial age worries Joey more than anything. Our father passed away when we were in
our teens and it had a real big impact on our lives. We truly understand the importance of
having that male figure present. It will be very hard for Joey to be separated from his
children.

Not only has Joey been a great brother, father and husband, I know he has been a good
son to our mother. He comes to our house to visit daily and is always there when she
needs him. It will be very heart breaking for our mother to deal with losing the presence
of Joey in her life.

Although Joey may have made some poor choices, I know he is extremely sorry for his
actions and I fully believe he will think twice before getting involved with the wrong
people again. The thought of his freedom being taken away has already changed the way
he thinks about his life.

Thank you for your time. I hope that my letter will give you a positive impact on your
decision.

Sincerely,

Anthony Tricario
1954 Stewart Avenue
New Hyde Park, New York  11040

# Exhibit H

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007-1312


      We are writing on behalf of Joey Tricario. I am married to his brother Gene for 12 years and we have a 2 ½ year old girl and a 4 ½ year old boy. I have been working for the Nassau County Police Department as a Police Dispatcher and 911 Operator for the past 10 years and before that I was a court reporter and worked in a travel agency. My husband Gene works for the Nassau County Department of Public Works as an Equipment Operator. He has been there 24 years.

      I have known Joey for about 18-19 years. During this time we have taken many family vacations together as couples, with our children as well as with my side of the family. He and his family have joined un for many holidays and BBQ's at my parents house and consider him a part of my family.

      We are aware that Joey recently plead guilty to conspiracy to collect of a debt. In spite of this we know him to be a very generous, trustworthy and committed person. He has always gone out of his way to help us around the house, whether it be moving furniture, fixing something or painting .

      Joey and Donna have given us many things over the years such as furniture and toys & clothing for our kids without accepting anything in return even though they could have used it. This was especially helpful to us when we moved from an apartment into our first house with a baby on the way.

      I would like to add that Joey is a good provider. Unfortunately he had to start at a young age when his father passed away and he and his brothers had to support their mother who did not work or drive. This was and still is a tremendous responsibility. They have sacrificed a lot and endured many hardships which have only made them closer. Joey talks with his brothers daily as well as checking in on his mother.

Joey is also a good husband and caring and involved father to his two young sons. His family means the world to him and his sons especially need him now as they are so young and impressionable. Whatever the outcome may be we will be there to support Joey, Donna, A█████ & H███ to the best of our ability. I would like to thank you for time and consideration in this matter.

Sincerely,

*Dawn Tricario*

*Gene Tricario*

Gene and Dawn Tricario