# Exhibit I

# MRS. CARRIE A. GOLLINGE

West Islip, New York 11795

June 1, 2008

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007-1312

Honorable Lewis A. Kaplan,

I am writing this letter in regards to Mr. Joseph Tricario. I am aware that he has pleaded guilty and is being sentenced.

Mr. Tricario has been a friend of my family for 8 years. I have worked closely with his wife for the past 10 years. His wife and I share a desk as well as responsibilities in the financial office at a busy Oncology Office. Our children are also close in age and have shared play dates, birthday parties and barbecues. Our families have had dinner together on numerous occasions.

I would like to reference an incident that proved to me what decent a person he is and how he put his concerns for his child before anything else. Two years ago, Mr. Tricario's wife and son A▇ were at an acquaintance's home. His wife was taking his younger son B▇ out of his car seat while ▇ walked up the walkway. Two rottweiler dogs burst through the front door, due to the acquaintance's negligence, and jumped on top of A▇. Once the dogs were restrained, it became apparent that A▇ had a flap of skin hanging off his head and was rushed by ambulance to North Shore University Hospital. When Joe arrived at the hospital, the acquaintance's family rushed to him trying to explain themselves. He quietly asked them to step aside so he could see his son. He helped the emergency room doctors restrain his son so they could tend to the wound. He didn't want to speak to the gentleman responsible for the dog attack, nor did he want to sue the family whose home it was or ask that the dog be put down. All he wanted was for his son to be ok. When asked by any of our close friends, Joe would just say he was glad his son was all right. He wasn't interested in sanctions or compensations.

There have been other small instances where I have seen Joe be an active parent, husband or friend. In my mind the above incident really stood out. Joe never really cared for the above referenced "acquaintance", yet he never showed any ill will toward him. As I said above, he was just concerned for his child's welfare.

Thank you for giving me the opportunity to speak on Joe's behalf.

Sincerely,

*Carrie A. Gollinge*
Carrie A. Gollinge

# Exhibit J

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
New Hyde Park, NY 11040
May 29, 2008

Honorable Lewis A. Kaplan
United States District Court
Daniel Patrick Moynihan United States Court House
500 Pearl Street – Room 1310
New York, NY 10007-1312

Re: Joseph Tricario

Honorable Judge Kaplan:

I'd like to introduce myself. My name is Gina Arcese, I am 44 years old and recently became a mother for the first time. I now stay at home to raise my son as well as a fulltime housewife. Prior to that, I have worked in the banking industry for well over twenty years.

As far as the relationship between Joseph Tricario and me you can say we are like cousins. I have known Joey for well over thirty years. His family lived directly across the street from my family and both of our mothers still reside there. From the day Joey and I met we became great friends and it has remained this way all through the years.

I'd like to tell you about the person that Joey Tricario is. He is a very kind and gentle man and has always been this way for as long as I've known him. Joey also has been a very loyal son, brother, father, husband and friend. He is more than generous and will always go that extra mile with a smile and without looking for anything in return. Joey is the person that would give you the last cookie in the cookie jar, or that last half of sandwich. If you were cold, he'd give you his jacket to keep you warm. I say this because I've experienced all of these with him throughout the thirty plus years I've known him. And now, Joey is teaching the same to his children.

I have actually lost count on how many times I've needed Joey and he was always there for me, for whatever reason, and it didn't matter what time of day or night it was. I've seen him do the same for other friends, as well as family. Joey lost his father at a very young age and took on the responsibility to take care of his mother while finishing up high school. His commitment to his family was just as important to him as the commitment in getting a high school diploma.

I am fully aware that Joey has pleaded guilty to conspiracy and honestly don't know what else to say about that except people can get caught up in situations, but unfortunately all that glitters isn't gold. With that being said however, on the other hand, I honestly can say that the Joey Tricario that I've known for thirty-four years would never hurt anyone intentionally.

Thank you for taking the time to read this.

Sincerely,

Gina Arcese

Case 1:06-cr-00008-LAK    Document 874-3    Filed 08/29/2008    Page 5 of 19

# Exhibit K

5-28-08

Honorable Lewis A Kaplan
United States District Judge

My name is Frank Laudi. I am Joseph Tricario's uncle on his mothers side. I am retired from Nassau County Dept of Public Works as a General Foreman, also a Vietnam Veteran. It is obvious that I know Joseph since his birth. Although we did not live in the same house we lived only blocks away. He was a good student and active in high school sports.

When Joseph father died in 1986, him and I become closer. I was very impressed by his compassion and thoughtfulness for his mother & his three brothers, these qualities now extend to his wife Donna and his sons A▓▓▓ + B▓▓▓

Unfortunately people do make mistakes in life but Joseph will always be special to me and the family

Respectfully Yours
Frank Laudi

# Exhibit L


East Meadow, New York 11554

June 19, 2008

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street  Room 1310
New York, New York 10007-1312

　　　　　　　　　　　　　　　　　　　RE:  Joseph Tricario

Dear Judge Kaplan:

My name is Dominick Stagliano. I am the Service Manager for City Cadillac Hummer & Saab located at 39-10 43rd Street, Long Island City, New York. I am writing this letter knowing that Joseph Tricario has pleaded guilty to conspiracy to collect on a debt by threats and I would like to let you know how I feel about him as a person.

I have known Joe for twelve years. He is a friend and neighbor and has also been a customer at City Cadillac. As a customer, my dealings with Joe have always been in a professional manner. When he has come in to City Cadillac he has always been polite and treats people with respect. As a friend and neighbor I see him as a generous man who is committed to his family and friends and is there to help when needed. For example, one winter day during a cold spell my den bathroom pipe froze. I called Joe and he was right there to open the wall and repair the pipe. One year later my upstairs bathroom bowl leaked causing my den ceiling to get water damage. Again, Joe was there to repair it before it did more damage.

His family values align with his friendship ways – caring about and helping the people around him. Similarly to his generosity and caring as a friend, I see him as very generous and caring with his family. It is natural for me to see Joe on his front lawn throwing a baseball with his boys and he always passes my house on his way to Eisenhower Park to bring them to the playground. He takes pride in his family and it is obvious that his wife and two sons are his life. Knowing Joe as a customer, friend and family man has shown me that he is a decent, generous man who is committed to family and friends. Thank you for taking the time to read my letter.

　　　　　　　　　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　　　　　　　　　*Dominick Stagliano* (signature)
　　　　　　　　　　　　　　　　　　　Dominick Stagliano

# Exhibit M

Kevin F. Russo, Attorney at Law

8 Caruso Court

Thiells, New York 10984

845 786-0227 (fax: 845 947-2900)

MagnusEsq@aol.com    Licensed New York and New Jersey

April 8, 2008

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, NY  10007-1312

    Re:  Joey Tricario

Honorable Lewis A. Kaplan:

    I am writing on behalf of Joey Tricario, my niece's husband whom I have known for about six years. I am aware of his guilty plea to federal criminal charges and respectfully ask you take into consideration what I can tell you about him when you decide his sentence.

    A few years ago my brother Brian, Joey's father in law, contracted lung cancer as a result of exposure to Agent Orange in Viet Nam. During his illness and his final hospital stay, Joey was very kind and compassionate displaying much emotion to my brother, my family and my mother. He was very helpful in driving my niece whenever needed so she could be with her Dad and was very decent and loving during this difficult experience. He took off from work to drive up to Massachusetts to be with his wife and our family during my brother's difficult final hours. All of this took place in 2003.

    Then, a year later, my mother also contracted lung cancer. In the last years of her life, Joey came up to visit with his wife and children on several occasions and made it possible for my mother to

enjoy the company of her great-grandchildren during her final days before she succumbed in April of 2006.

In sum, his compassion and kindness during these episodes was most touching. He displayed a great deal of emotion and was filled up with tears on several occasions and I was most impressed. His behavior during our ordeal earned him a special place in my heart which I will never forget.

I know that he is a family man and works hard in construction and has always been gainfully employed. How he ever got caught up in any criminal activity is beyond my understanding but it certainly seems to me to be an anomaly and out of character for the person I know.

I represented Joey and my niece Donna (Russo) Tricario when they purchased their home and had a lot of interaction with him. During this process he always conducted himself with humility and as a gentleman.

I have been practicing law for over seventeen years including criminal work and based upon my interaction with defendants, it seems clear that this young man's nature is not consistent with a career criminal and that whatever he did was an aberration.

For whatever it is worth, I am a former administrative Judge with the New York City Dept. of Taxation and Finance and am a Special Prosecutor for the Town of Haverstraw, the Town of Stony Point, the Village of Grand View and the Village of Chestnut Ridge in Rockland County, New York.

Thank you for taking the time to read my letter.

Sincerely,

*Kevin F. Russo*
Kevin F. Russo

# Exhibit N

May 6, 2008

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street Room 1310
New York, New York 10007-1312

    My name is Donato Landi and I am writing this letter for my nephew Joseph Tricario. It is my understanding that Joseph has pleaded guilty to conspiracy to collect on a debt by threats. I am a retired New York City Police officer and I have known Joseph his entire life. I currently reside in Florida and have been here for the last nine years.

    I have had quite a lot of personal experience with Joseph in his younger years as well as his adult years. I have two children Nanette who is forty-two and my son Gene who is forty. My daughter Nanette is severely handicapped and has been this way since she was diagnosed with brain cancer when she was nineteen months old. On numerous occasions my sister's family and my family spent quality time together. Joseph, his brothers Anthony, Gene and Sal and my son Gene spent time together playing baseball, football and competed in other sports while my daughter Nanette was not quite as fortunate. The reason I took the time to explain to you about my daughter Nanette was because although she could not compete in the sports and a lot of the activities the other children played, my nephew Joseph always took the extra step in making sure Nanette was always comfortable and he was also very protective of her.

I think it is important for you to know the softer, compassionate side of Joseph.

Joseph has three brothers Gene, Sal and Anthony and they have always been a close knit family, similar to the relationship I have with my siblings. I spent family vacations with my sister Liz and her children and my family. I spent a good deal of time with Joseph as a young man and both his parents always tried to instill good family values in him. He demonstrated these qualities when his father passed away, he was at this point in his life about nineteen years old. He took control of the situation and always took good care of his mother, my sister and contributed to the household to make ends meet.

Joseph is definitely a family-oriented person and today his wife and children mean the world to him. Joseph has always been a person the family can count on when times are bad. He is very committed to his family and I am sure his friends feel the same way about him.

It was very sad to hear that they needed me to write a character letter for him. I hope this letter will share with others the good qualities of my nephew Joseph.

Sincerely,

Donato Landi

# Exhibit O

JOHN S. BOCCIO, D.O., D.A.O.B.F.P.
530 HICKSVILLE ROAD
BETHPAGE, NEW YORK 11714

April 17, 2008

Honorable Lewis A. Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007-1312

To Judge Kaplan:

Joe Tricario and I have been friends since our teenage years. I am writing this letter knowing the charges Joe has pleaded guilty to.

Through all the years of our friendship, I have always found Joe to be kind, honest, dependable, and compassionate. We have spent a lot of time together and have been workout partners since our youth and continue to do so. We have attended each others weddings, births of our children, barbeques and ballgames.

Since I have been practicing medicine on Long Island, Joe and his family have become patients of mine. He is actively involved in the medical treatment of his mother and has always shown concern towards her welfare. He takes her to her medical appointments and manages her medications.

Joe and I had a car accident a few years ago. He took the time to bring me to places I needed to be when I did not have a car.

I find Joe to be a caring and actively involved father for his children's well being and an overall great family man. By far, Joe has been a loyal friend to me and to others as long as I have known him.

Sincerely,

John Boccio, D.O.

# Exhibit P

June 5, 2008

Honorable Lewis A Kaplan
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1310
New York, New York 10007-1312

Dear Judge Kaplan:

As one of Joseph Tricario's older cousins, I was considered a big sister when visiting Joseph and his brothers. Joseph was the only one who willingly shared his toys, food drink with everyone even his pet dog.

The example of having lived in a nurturing, loving and caring family, led Joseph to realize the importance of a two parent family which represents the model of his own family. His wife Donna, sons B▮▮▮ and A▮▮▮ have benefited from his constant care and devotion. At an early age, when Joseph's dad passed away, he personified compassion by caring for his mom. He remains committed to helping her even while raising his own young family.

As a wife and mother married to a man who is devoted and committed to his family, I know the importance of having a dedicated partner in your life who believes that they will put their family first before anything else – and I know Joseph does just that.

I've shared numerous occasions with Joseph like birthdays, weddings, christenings and backyard barbeques and he has been consistently respectful and sociable to all those in his company.

For my cousin, Joseph, to admit to wrong-doings is proof that he is human and made a mistake. Although he has the support of his loving family, leaving his wife and Mother will be devastating and a strain on each of them. Having his children grow up without a parent present would be a hardship for all of them.

I realize that every action has consequences which should help us to grow and rehabilitate ourselves. I trust that Joseph has learned from the current situation that he has placed himself and his family in and that he will never repeat such behavior.

Sincerely yours

Louise Montelione