UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x

United States of America,

     vs.

JOSEPH TRICARIO (USM# 60043-054

- - - - - - - - - - - - - - - - x

TO THE UNITED STATES MARSHAL
SOUTHERN DISTRICT OF NEW YORK:

    The defendant is ordered remanded into the custody of the U.S.
Marshal.

DATED: September 12, 2008

| | |
|---|---|
| USDS SDNY | |
| DOCUMENT | |
| ELECTRONICALLY FILED | |
| DOC #: _____ | |
| DATE FILED: 9/12/08 | |

(S31) 06 Crim. 008-038 (LAK)

_____
Lewis A. Kaplan
United States District Judge